```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 03663
   CHARLES L MCGEE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1790

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/18/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/27/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
---------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         685.31         .00          .00
ROUNDUP FUNDING LLC        UNSECURED         662.26         .00          .00
FIRST PREMIER              UNSECURED       NOT FILED        .00          .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED        .00          .00
CITY OF CHICAGO PARKING    UNSECURED        6535.00         .00          .00
US CELLULAR CHICAGO        UNSECURED       NOT FILED        .00          .00
COLUMBIA HOUSE DVD         UNSECURED       NOT FILED        .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED        .00          .00
T-MOBILE USA               UNSECURED         670.18         .00          .00
VERIZON WIRELESS           UNSECURED         505.56         .00          .00
CALVIN HUNTER              NOTICE ONLY    NOT FILED         .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         839.45         .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,464.00                    87.40
TOM VAUGHN                 TRUSTEE                                      7.60
DEBTOR REFUND              REFUND                                        .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  95.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                  87.40
TRUSTEE COMPENSATION                             7.60
DEBTOR REFUND                                     .00
                        --------------       --------------
TOTALS                    95.00                 95.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 03663 CHARLES L MCGEE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |